UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 08-21148-CIV-JORDAN

| | |
|---|---|
| FIRST IMPRESSION DESIGN AND MANAGEMENT, INC. | ) ) ) |
| Plaintiff | ) ) |
| vs. | ) ) |
| ADVANCED AUDIO VIDEO, INC., et al. | ) ) |
| Defendants | ) ) |

**FINAL ORDER OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to the plaintiff's notice of dismissal [D.E. 3], this case is DISMISSED WITHOUT PREJUDICE. Each party shall bear its own fees and costs. All pending motions are denied as moot, and this case is CLOSED.

DONE and ORDERED in chambers in Miami, Florida, this 29th day of May, 2008.

_____
Adalberto Jordan
United States District Judge

Copy to:    All counsel of record